UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| OSCAR RUBEN A.-A., | Case No. 26-cv-1311 (LMP/SGE) |
| Petitioner, | |
| v. | **ORDER GRANTING HABEAS PETITION** |
| PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; and DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, | |
| Respondents. | |

---

Taylor Jon Volkman, **Taylor J. Volkman, Esq., Minneapolis, MN**, for Petitioner.

Anthony Barrows and David W. Fuller, **United States Attorney's Office, Minneapolis, MN**, for Respondents.

Petitioner Oscar Ruben A.-A. is a citizen of Venezuela who entered the United States without inspection in 2022. ECF No. 1 ¶ 14. He was arrested by immigration officers on February 10, 2026, and remains in the custody of United States Immigration and Customs Enforcement. *Id.* ¶¶ 16, 34. He asserts that Respondents (the "Government") have detained him pursuant to the mandatory detention provisions of 8 U.S.C. § 1225(b)(2). *See id.* ¶ 34. Oscar Ruben A.-A. contends that he is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). *See id.* Oscar Ruben A.-A. also contends that he is not subject to

discretionary detention under 8 U.S.C. § 1226(a) because the Government has not issued him a warrant. *See id.*

This Court has concluded that the mandatory detention provisions of 8 U.S.C. § 1225(b)(2) do not apply to noncitizens similarly situated to Oscar Ruben A.-A. *See Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025); *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025). This Court has further held that to the extent such noncitizens are detained pursuant to 8 U.S.C. § 1226(a), the Government must present an administrative warrant to justify their detention. *See Joaquin Q. L. v. Bondi*, No. 26-cv-233, 2026 WL 161333, at *2–3 (D. Minn. Jan. 21, 2026); *see also* 8 U.S.C. § 1226(a) (stating that a noncitizen "may be arrested and detained" pending removal "[o]n a warrant issued by the Attorney General"). Accordingly, the Court ordered the Government to answer Oscar Ruben A.-A.'s petition by February 13, 2026, "certifying the true cause and proper duration of Oscar Ruben A.-A.'s confinement," including a "reasoned memorandum of law and fact explaining the Government's position on Oscar Ruben A.-A.'s claims" and a "good-faith argument as to whether—and if so, why—this matter is *materially* distinguishable, either factually or legally, from *Roberto M. F.*, *Victor Hugo D. P.*, and *Joaquin Q. L.*" ECF No. 3 at 2–3.

The Government timely responded and concedes that Oscar Ruben A.-A.'s petition "raises legal and factual issues similar to those in prior habeas petitions this Court has decided." ECF No. 5; ECF No. 6 at 1 ("Respondents concede that their only basis for detaining Petitioner is the same interpretation of 8 U.S.C. § 1225(b)(2) that this Court has

2

already rejected."). Nevertheless, the Government "assert[s] all arguments raised by the government in" *Avila v. Bondi*, No. 25-3248 (8th Cir. docketed Nov. 10, 2025), and "endorsed by" the Fifth Circuit in *Buenrostro-Mendez v. Bondi*, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026), and "requests that the Court preserve those arguments for any appeal in this case." *Id.* at 1–2.

Because nothing distinguishes Oscar Ruben A.-A.'s case from those the Court has previously decided, and because the Government has not presented a warrant that would justify Oscar Ruben A.-A.'s detention under 8 U.S.C. § 1226(a), the Court concludes that Oscar Ruben A.-A. is entitled to immediate release from custody. *See Joaquin Q. L.*, 2026 WL 161333, at *2–3; *see also Ahmed M. v. Bondi et al.*, 25-cv-4711 (ECT/SGE), 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026). The Court therefore grants Oscar Ruben A.-A.'s petition as set forth below.

## ORDER

Based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1. Oscar Ruben A.-A.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. The Government is **ORDERED** to release Oscar Ruben A.-A. from custody, without conditions, by no later than **5:00 p.m. on Friday, February 13, 2026**;

3. The Government is **ORDERED** to return to Oscar Ruben A.-A. any property belonging to Oscar Ruben A.-A. that was seized in connection with his arrest and detention; and

4. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than **5:00 p.m. on Tuesday, February 17, 2026**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 12, 2026         *s/Laura M. Provinzino*
                                 Laura M. Provinzino
                                 United States District Judge