# UNITED STATES DISTRICT COURT

## District of Minnesota

Oscar Ruben Adarfio-Alvarez

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01311-LMP-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Oscar Ruben A.-A.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;
2. The Government is ORDERED to release Oscar Ruben A.-A. from custody, without conditions, by no later than 5:00 p.m. on Friday, February 13, 2026;
3. The Government is ORDERED to return to Oscar Ruben A.-A. any property belonging to Oscar Ruben A.-A. that was seized in connection with his arrest and detention; and
4. The Government is ORDERED to file a status report certifying its compliance with this Order by no later than 5:00 p.m. on Tuesday, February 17, 2026

Date: 2/12/2026

KATE M. FOGARTY, CLERK